UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | NO. 3:13-00222 |
| | ) | JUDGE CAMPBELL |
| DERRICK CHOATE | ) | |

ORDER

The hearing on the Petition (Docket No. 13) alleging violations of Defendant's Conditions of Supervision is CONTINUED to April 10, 2014, at 1:00 p.m.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE