UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:13-00222 |
| | ) | JUDGE CAMPBELL |
| DERRICK CHOATE | ) | |

ORDER

Pending before the Court is an Agreed Motion to Continue Revocation Hearing (Docket No. 15). The Motion is GRANTED.

The hearing on the Petition (Docket No. 13) alleging violations of Defendant's Conditions of Supervision is CONTINUED to July 25, 2014, at 10:30 a.m.

IT IS SO ORDERED.

                                                          TODD J. CAMPBELL
                                                          UNITED STATES DISTRICT JUDGE