UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:13-00222 |
| | ) | JUDGE CAMPBELL |
| DERRICK CHOATE | ) | |

## ORDER

Pending before the Court is an Agreed Motion to Reset Revocation Hearing (Docket No. 25). The Motion is GRANTED.

The hearing on the Petition (Docket No. 17) alleging violations of Defendant's Conditions of Supervision is RESCHEDULED to June 23, 2014, at 1:00 p.m.

IT IS SO ORDERED.

*Todd Campbell*
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE